1  Susan J. Olson, SBN 152467
   Ronald L. Richman, SBN 139189
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: susan.olson@bullivant.com
5  E-Mail: ron.richman@bullivant.com

6  Attorneys for Plaintiff
   BOARD OF TRUSTEES FOR THE
7  CEMENT MASONS HEALTH AND
   WELFARE FUND FOR NORTHERN
8  CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE G. TINOCO, an individual; LETICIA MEDINA, an individual,<br><br>Defendants. | Case No.: C 12-3206 WHA<br><br>**PLAINTIFFS' CASE MANAGEMENT STATEMENT; ORDER THEREON**<br><br>**Date:** **September 20, 2012**<br>**Time:** **11:00 a.m.**<br>**Ctroom:** **8, 19th Floor**<br>**Hon. William H. Alsup** |

Plaintiffs Board of Trustees for the Cement Masons Health and Welfare Trust Fund ("Trust Fund") hereby provide this abbreviated case management conference statement.

On June 20, 2012 Plaintiffs filed their Complaint for Equitable Relief under ERISA against Defendants Jose G. Tinoco and Leticia Medina, husband and wife. Defendant Jose G. Tinoco is employed as a laborer. Pursuant to his employment with employers who are signatory to the collective bargaining agreements and trust agreement by which the Trust Fund, an employee benefit plan, is maintained, Defendant Tinoco has been a participant in the Trust Fund's Health and Welfare Plan.

///

– 1 –

1    On or about November 27, 2009 while Defendant Tinoco was a participant in the Trust

2    Fund's Health and Welfare Plan, Defendant's spouse, Defendant Medina, sustained bodily

3    injuries.  Plaintiff Trust Fund paid benefits on behalf of Defendants covering Defendant

4    Medina's medical, hospital and related expenses pursuant to Article X, Section 8 of the Health

5    and Welfare Plan.  Plaintiff Trust Fund has paid a total of not less than $33,613.52 in benefits on

6    behalf of Defendants in connection with Defendant Medina's injuries.  Pursuant to the Health

7    and Welfare Plan, the Trust Fund has an automatic lien in the amount of not less than

8    $33,613.52 against any third party recovery by Defendants.

9    Plaintiff is informed and believes that Defendants are actively pursuing, or have received

10   a monetary recovery in connection with, a lawsuit against one or more third parties for the

11   bodily injuries sustained by Defendant Medina.  Plaintiff Trust Fund is entitled to recover, under

12   its automatic lien, the amount recovered by Defendant Leticia Medina against the responsible

13   parties for the injuries Defendant Medina sustained, according to proof at trial

14   Plaintiff is actively engaged in settlement discussions with defendants and believe that a

15   settlement is possible within the next thirty (30) days.  If a settlement is not reached and this

16   case not dismissed within thirty (30) days, Plaintiffs will proceed with this litigation with all due

17   diligence.

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

– 2 –

1       Based on the above, Plaintiffs respectfully request that this Court continue the case

2 management conference for a period of thirty days.

3 DATED:  September 12, 2012

4                                       BULLIVANT HOUSER BAILEY PC

5

6                               By _____

7                                     Susan J. Olson
                                    Ronald L. Richman

8                                     Attorneys for Plaintiff
                                    BOARD OF TRUSTEES FOR THE CEMENT

9                                     MASONS HEALTH AND WELFARE TRUST
                                    FUND FOR NORTHERN CALIFORNIA

10

11

12

13                                     **ORDER**

14       Pursuant to the Plaintiffs' request to continue the case management conference and good

15 cause appearing:

16       IT IS HEREBY ORDERED that the September 20, 2012 case management conference

17 be continued to October _4__, 2012 at 11:00 a.m.., Courtroom 8, 19th floor.

18 DATED:  September 18, 2012

19

20                                     By _____

21                                 HON. WILLIAM ALSUP, DISTRICT JUDGE

22 13869840.1

23                      IT IS SO ORDERED
                     AS MODIFIED
                     Judge William Alsup

24

25

26

27

28

PLAINTIFFS' CASE MANAGEMENT STATEMENT; ORDER THEREON