1  Susan J. Olson, SBN 152467
   Ronald L. Richman, SBN 139189
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, California  94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: susan.olson@bullivant.com
5  E-Mail: ron.richman@bullivant.com

6  Attorneys for Plaintiff
   BOARD OF TRUSTEES FOR THE
7  CEMENT MASONS HEALTH AND
   WELFARE FUND FOR NORTHERN
8  CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE G. TINOCO, an individual; LETICIA MEDINA, an individual,<br><br>Defendants. | Case No.: C 12-3206 WHA<br><br>**PLAINTIFFS' CASE MANAGEMENT STATEMENT; ORDER THEREON**<br><br>Date:     September 20, 2012<br>Time:     11:00 a.m.<br>Ctroom:   8, 19th Floor<br>Hon. William H. Alsup |
|---|---|

Plaintiffs Board of Trustees for the Cement Masons Health and Welfare Trust Fund ("Trust Fund") hereby provide this abbreviated case management conference statement.

On June 20, 2012 Plaintiffs filed their Complaint for Equitable Relief under ERISA against Defendants Jose G. Tinoco and Leticia Medina, husband and wife.  Defendant Jose G. Tinoco is employed as a laborer.  Pursuant to his employment with employers who are signatory to the collective bargaining agreements and trust agreement by which the Trust Fund, an employee benefit plan, is maintained, Defendant Tinoco has been a participant in the Trust Fund's Health and Welfare Plan.

/ / /

1  On or about November 27, 2009 while Defendant Tinoco was a participant in the Trust Fund's Health and Welfare Plan, Defendant's spouse, Defendant Medina, sustained bodily injuries. Plaintiff Trust Fund paid benefits on behalf of Defendants covering Defendant Medina's medical, hospital and related expenses pursuant to Article X, Section 8 of the Health and Welfare Plan. Plaintiff Trust Fund has paid a total of not less than $33,613.52 in benefits on behalf of Defendants in connection with Defendant Medina's injuries. Pursuant to the Health and Welfare Plan, the Trust Fund has an automatic lien in the amount of not less than $33,613.52 against any third party recovery by Defendants.

Plaintiff is informed and believes that Defendants are actively pursuing, or have received a monetary recovery in connection with, a lawsuit against one or more third parties for the bodily injuries sustained by Defendant Medina. Plaintiff Trust Fund is entitled to recover, under its automatic lien, the amount recovered by Defendant Leticia Medina against the responsible parties for the injuries Defendant Medina sustained, according to proof at trial

Plaintiff is actively engaged in settlement discussions with defendants and believe that a settlement is possible within the next thirty (30) days. If a settlement is not reached and this case not dismissed within thirty (30) days, Plaintiffs will proceed with this litigation with all due diligence.

///
///
///
///
///
///
///
///
///

– 2 –
PLAINTIFFS' CASE MANAGEMENT STATEMENT; ORDER THEREON

| | |
|---|---|
| 1 | Based on the above, Plaintiffs respectfully request that this Court continue the case management conference for a period of thirty days. |

DATED: September 12, 2012

                                  BULLIVANT HOUSER BAILEY PC

                                  By _____
                                      Susan J. Olson
                                      Ronald L. Richman

                                  Attorneys for Plaintiff
                                  BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA

### ORDER

Pursuant to the Plaintiffs' request to continue the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the September 20, 2012 case management conference be continued to October _4_, 2012 at 11:00 a.m.., Courtroom 8, 19th floor.

DATED: September 18, 2012

                                  By _____
                                      HON. WILLIAM ALSUP, DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED* — Judge William Alsup

13869840.1

PLAINTIFFS' CASE MANAGEMENT STATEMENT; ORDER THEREON