Susan J. Olson, SBN 152467
Ronald L. Richman, SBN 139189
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: susan.olson@bullivant.com
E-Mail: ron.richman@bullivant.com

Attorneys for Plaintiff
BOARD OF TRUSTEES FOR THE
CEMENT MASONS HEALTH AND
WELFARE TRUST FUND FOR
NORTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE G. TINOCO, an individual; LETICIA MEDINA, an individual,<br><br>Defendants. | Case No.: C 12-3206 WHA<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON** |

Plaintiff Board of Trustees for the Cement Masons Health and Welfare Trust Fund for Northern California reached a binding settlement with Defendants Jose G. Tinoco and Leticia Medina.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

— 1 —
REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON

Based on the settlement, Plaintiffs respectfully request that this Court issue an Order dismissing this case without prejudice.

DATED: September 26, 2012

        BULLIVANT HOUSER BAILEY PC

By _/s/ Susan J. Olson_
Susan J. Olson
Ronald L. Richman

Attorneys for Plaintiff
BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA

## ORDER

Pursuant to the Plaintiff's request to dismiss this case without prejudice and good cause appearing:

IT IS HEREBY ORDERED that this case be and hereby is dismissed, without prejudice. The October 4, 2012 Case Management Conference is hereby vacated.

DATED: September 26, 2012.

By _/s/ William Alsup_
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

13882591.1