Susan J. Olson, SBN 152467
Ronald L. Richman, SBN 139189
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: susan.olson@bullivant.com
E-Mail: ron.richman@bullivant.com

Attorneys for Plaintiff
BOARD OF TRUSTEES FOR THE
CEMENT MASONS HEALTH AND
WELFARE TRUST FUND FOR
NORTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE G. TINOCO, an individual; LETICIA MEDINA, an individual,<br><br>Defendants. | Case No.: C 12-3206 WHA<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON** |

Plaintiff Board of Trustees for the Cement Masons Health and Welfare Trust Fund for Northern California reached a binding settlement with Defendants Jose G. Tinoco and Leticia Medina.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

– 1 –
REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON

1

2     Based on the settlement, Plaintiffs respectfully request that this Court issue an Order

3 dismissing this case without prejudice.

4 DATED: September 26, 2012

5                                         BULLIVANT HOUSER BAILEY PC

6

7                                         By _____/s/_____
                                              Susan J. Olson
8                                             Ronald L. Richman

9                                         Attorneys for Plaintiff
                                          BOARD OF TRUSTEES FOR THE CEMENT
10                                        MASONS HEALTH AND WELFARE TRUST
                                          FUND FOR NORTHERN CALIFORNIA
11

12

13
                                         **ORDER**
14

     Pursuant to the Plaintiff's request to dismiss this case without prejudice and good cause
15
appearing:
16
     IT IS HEREBY ORDERED that this case be and hereby is dismissed, without prejudice.
17
The October 4, 2012 Case Management Conference is hereby vacated.
18
DATED: September 26, 2012.
19

20                                        By _____/s/_____
                                              HON. WILLIAM H. ALSUP
21                                            UNITED STATES DISTRICT JUDGE

22

23   13882591.1

24

25

26

27

28

– 2 –
REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON