United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES FOR THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE TINOCO, an individual; LETICIA MEDINA, an individual,<br><br>Defendants. | No. C 12-03206 WHA<br><br>**NOTICE REGARDING REQUEST FOR DISMISSAL WITH PREJUDICE** |

Last month, plaintiff filed a request for voluntary dismissal *without prejudice*. That request was granted. Although plaintiff's filing was not captioned as a Rule 41(a)(1) dismissal, it had that effect because it was made prior to an answer or a motion for summary judgment. *See Commercial Space Management Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1076 (9th Cir. 1999). Now, plaintiff requests a dismissal *with prejudice*. This request, however, cannot be granted because plaintiff's Rule 41(a)(1) dismissal terminated jurisdiction and this Court cannot alter "the terms and conditions of the dismissal." *Ibid.*

Dated: October 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE